# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Darryl Lee Dunsmore

              **V.**                    **JUDGMENT IN A CIVIL CASE**

Please see attached

                                             **CASE NUMBER:**    11CV0083-IEG-WVG

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is Dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b).

| November 9, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) E Silvas, Deputy Clerk |
| | ENTERED ON November 9, 2011 |

ATTACHMENT

Darryl Lee Dunsmore

    v.

San Diego County Sheriff's Department

City of San Diego

William B Kolender

Bill Gore

Richard J Donovan Correctional Facility

George Neotti

John Doe

Jane Doe

San Diego County

Bruce Leicht

B Conway
W Kemery
F Clumser
Lee Lawrence

Reed
RN 9002

RN 9797

RN 5659

Staff 6283

Brewer
RN 6895

RN 3575

Marquez
RN 6699

5312

4986

Coyne
Galleria Sotomoza

Kip Keash Pike

Azuckesh Zucker

Gromersh Romero

Iburkysh

Simmons

M Chin

Starter
AIA 9414

Stevens

Martinez

Rodriguez

Powell

Mkaniash Kania

Buccanan

Liz Romero

D Foston

R Cobb

J Rivera

Y Aguila

Walker

Patton

Newton

Ding

Martinez

Jackson

Mary Doe

Richard Roe

Cook

Akabri

John and Jane Roes 1 through 10

Doctors and Nurses

John and Jane Does

M Glynn